No. 923, Misc. DANIELS v. NEW JERSEY. Supreme Court of New. Jersey. Certiorari denied.

No. 992, Misc. MILLER v. TAYLOR, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.

No. 1000, Misc. SHIELDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1026, Misc. ANTIPAS v. PEGELOW ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondents.

No. 1066, Misc. SAWYER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1068, Misc. KUCHTA ET AL. v. RICE. ET AL. Supreme Court of New Jersey. Certiorari denied.

No. 1081, Misc. DYKES v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Jerome Powell* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.